**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ERIC ORWOLL; PETER JULIUS CSERE; SCOTT THOMAS HALLOWOOD; WISDOM WOODS LLC, an Arkansas limited liability company; GLOBAL HOMESTEAD SOLUTIONS LLC, an Arkansas limited liability company; NORTH ARKANSAS EXCAVATION LLC, an Arkansas limited liability company; ALLEGORY ACRES LLC, an Arkansas limited liability company; and RETURN TO THE LAND, an unincorporated private membership association** **PLAINTIFF**

**v.** **CASE NO. 3:26-CV-00239-BSM**

**UNITED STATES DEPARTMENT OF JUSTICE; HARMEET K. DHILLON, in her official capacity as Assistant Attorney General, Civil Rights Division; CARRIE PAGNUCCO, in her official capacity as Chief, Housing and Civil Enforcement Section; KATIE LEGOMSKY, in her official capacity as Trial Attorney; SHANNON SMITH, in her official capacity as Civil Chief, U.S. Attorney's Office, Eastern District of Arkansas; JONATHAN D. ROSS, in his official capacity as United States Attorney for the Eastern District of Arkansas;**

**UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Equal Opportunity; LON D. MELTESEN, in his official capacity as Director, Office of Special Investigations; HUGH JAMES McGlincy, in his official capacity as Investigator, Office of Special Investigations; ROBERT A. DOLES, in his official capacity as Acting Deputy Assistant Secretary for Enforcement;**

**ARKANSAS SECURITIES DEPARTMENT; SUSANNAH MARSHALL, in her official capacity as**

**Arkansas Securities Commissioner; JOE JOSLIN, in his official capacity as Associate General Counsel;**

**DAVID CAMERON, in his official capacity as City Manager, Springfield, Missouri;**

**TIM GRIFFIN, in his official capacity as Attorney General of Arkansas** **DEFENDANTS**

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all Parties of Record

I, Jordan Broyles, am admitted to practice in this Court and I appear in this case as counsel for Defendants Arkansas Securities Department, Susannah Marshall, in her official capacity as Arkansas Securities Commissioner, Joe Joslin, in his official capacity as Associate General Counsel, and Tim Griffin, in his official capacity as Attorney General of Arkansas. I request to be copied on all future notices, pleadings, correspondence, and other papers in this matter from this point forward.

Date: September 1, 2026

Respectfully submitted,

By: /s/ Jordan Broyles

Jordan Broyles, Ark. Bar No. 2015156
Senior Assistant Attorney General

Office of the Arkansas Attorney General
Bob R. Brooks Jr. Justice Building
101 West Capitol Avenue
Little Rock, AR 72201
(501) 301-0169, (501) 682-2591 fax
jordan.broyles@arkansasag.gov

*Counsel for Defendants Arkansas Securities Department, Commissioner Susannah Marshall, Joe Joslin and Attorney General Tim Griffin*