**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

ORWOLL, et al.,

Plaintiffs,

v. Case No. 3:26-cv-00239-BSM

DOJ, et al.,

Defendants.

## NOTICE OF ENTRY

The undersigned hereby enters his appearance as attorney of record for Defendant, David Cameron, City Manager of the City of Springfield, Missouri.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 09 2026
TAMMY H. DOWNS, CLERK
By: ________ DEP CLERK

Respectfully Submitted,

By: ______________________

Christopher M. Hoeman, MO Bar #62956
Deputy City Attorney
840 Boonville Ave.
Springfield, MO 65802
(417) 864-1645
FAX: (417) 864-1551
choeman@springfieldmo.gov (email)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of October, 2026, the foregoing pleading was provided via first-class mail, postage prepaid, to:

Jonathan Gross
Law Office of Jonathan Gross
2833 Smith Avenue, Suite 331
Baltimore, MD 21209
*Attorney for Plaintiffs*

Jordan Broyles
Ryan C. Hale
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
*Attorneys for Defendants Arkansas Securities Department, Marshall, Joslin, and Griffin*

Christopher M. Hoeman