**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ORWOLL, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-00239-BSM |
| | ) | |
| DOJ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

COMES NOW, Defendant David Cameron, and pursuant to F.R.C.P. 12(b)(2) and 12 (b)(6) moves for an Order dismissing Plaintiff's Complaint for Declaratory and Injunctive Relief as to Defendant Cameron. This motion is supported by a concurrently filed Suggestions in Support and made on the following grounds:

1) This court lacks jurisdiction over Defendant David Cameron as the City Manager of a Missouri municipality.
2) Plaintiffs have failed to state a claim upon which relief can be granted as to Defendant Cameron as it relates to Counts I, II, III, VI, and VIII.

WHEREFORE, Defendant Cameron prays this Court enter its Order dismissing all claims for relief against him, discharging him from this action, and for such other and further relief as the Court deems just and proper.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 09 2026
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

Respectfully Submitted,

By: ______________________________

Christopher M. Hoeman, MO Bar #62956
Deputy City Attorney
840 Boonville Ave.
Springfield, MO 65802
(417) 864-1645
FAX: (417) 864-1551
choeman@springfieldmo.gov (email)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of October, 2026, the foregoing pleading was provided via first-class mail, postage prepaid, to:

Jonathan Gross
Law Office of Jonathan Gross
2833 Smith Avenue, Suite 331
Baltimore, MD 21209
*Attorney for Plaintiffs*

Jordan Broyles
Ryan C. Hale
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
*Attorneys for Defendants Arkansas Securities Department, Marshall, Joslin, and Griffin*

______________________________
Christopher M. Hoeman