AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-00239-BSM**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Commissioner Susannah Marshall** was received by me on **9/10/2026:**

☐ I personally served the **Complaint; Summons** on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Eric Roberts: Arkansas State Bank Department Chief Legal Counsel**, a person of suitable age and discretion who resides at **1 Commerce Way Ste 402, Little Rock, AR 72202-2086**, on **09/10/2026 at 2:52 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 09/14/2026

Ava Mensah

*Server's signature*

**Ava Mensah**

*Printed name and title*

**5308 Park Village Dr.**
**Little Rock, AR 72209**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Eric Roberts: Arkansas State Bank Department Chief Legal Counsel who identified themselves as the colleague with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with a mustache.**

Tracking #: **0241641282**