AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-00239-BSM**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **City Manager David Cameron**
was received by me on **9/19/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELEIEF** on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Chris Hoeman**, a person of suitable age and discretion who resides at **City Hall, 840 N Boonville Ave #1, Springfield, MO 65802**, on **09/21/2026 at 12:59 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date: 09/24/2026

[signature]

*Server's signature*

**Tim Springer**

*Printed name and title*

**471 Mahogany Ln**
**Ozark, MO 65721**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELEIEF, to Chris Hoeman who identified themselves as the Deputy City Attorney, with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 200-240 lbs. Deputy attorney for the city of Springfield is the person who accepted them on behalf of the city of Springfield manager. The city attorney said that he had to accept them.**

Tracking #: **0243362080**