**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

No. 3:26-cv-00239-BSM

ERIC ORWOLL; PETER JULIUS CSERE; et al.,
*Plaintiffs,*

*v.*

UNITED STATES DEPARTMENT OF JUSTICE; HARMEET K. DHILLON; et al.,
*Defendants.*

# DECLARATION OF PETER JULIUS CSERE IN SUPPORT OF PROOF OF SERVICE

1. I am a plaintiff in this action. I am at least eighteen years of age and competent to testify, and the facts stated in this declaration are within my personal knowledge.
2. On or about September 10, 2026, I caused to be mailed to each defendant identified in the schedule below, by United States Postal Service Certified Mail, Return Receipt Requested, a copy of the summons issued for that defendant and a copy of the Complaint filed in this action on August 21, 2026 (ECF No. 1). The mailing identified as item 1 of the schedule is the mailing to the United States Attorney for the Eastern District of Arkansas by which service on the United States is effected under Federal Rule of Civil Procedure 4(i)(1)(A)(ii); the United States is not named as a defendant in this action.
3. Each mailing was addressed to the recipient and address set out in the schedule and was made in the manner prescribed by Federal Rule of Civil Procedure 4(i).
4. The Certified Mail article number for each mailing is set out in the schedule, and each mailing identified in the schedule was delivered on the date set out. Two categories of exhibits are attached:

   (a) For each mailing for which the signed Domestic Return Receipt (PS Form 3811) has

been received, the signed receipt is attached as the exhibit identified in the schedule.

(b) For each mailing for which the signed Domestic Return Receipt has not yet been received, a printout of the United States Postal Service tracking information for the article number, obtained from the Postal Service's website and showing the delivery date set out in the schedule, is attached as the exhibit identified in the schedule. Each such printout is a true and correct copy of the tracking information displayed by the United States Postal Service as of the date of this declaration.

5. This declaration addresses only the mailings identified in the schedule below.

6. If a signed Domestic Return Receipt for a mailing identified in the schedule is later received, I will file it as amended proof of service under Federal Rule of Civil Procedure 4(l)(3).

7. I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on September 24, 2026.

PETER JULIUS CSERE
Plaintiff
460 Browns Creek Rd.
Ravenden, Arkansas 72459

## SCHEDULE OF CERTIFIED MAIL MAILINGS

| No. | Service made upon | Recipient and address | Rule | Article number | Date of delivery | Exhibit |
|---|---|---|---|---|---|---|
| 1 | The United States, through the United States Attorney for the Eastern District of Arkansas (civil-process clerk) | 425 West Capitol Avenue, Suite 500, Little Rock, Arkansas 72201 | Fed. R. Civ. P. 4(i)(1)(A)(ii) | 9589071052702604501355 | September 14, 2026 | 1 |
| 2 | United States Department of Justice | 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001 | Fed. R. Civ. P. 4(i)(2) | 9589071052702604501348 | September 15, 2026 | 2 |
| 3 | United States Department of Housing and Urban Development | Assistant General Counsel for Litigation, 451 Seventh Street SW, Washington, D.C. 20410 | Fed. R. Civ. P. 4(i)(2) | 9589071052702604501362 | September 14, 2026 | 3 |
| 4 | HARMEET K. DHILLON, in her official capacity as Assistant Attorney General, Civil Rights Division | c/o United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001 | Fed. R. Civ. P. 4(i)(2) | 9589071052702604501386 | September 15, 2026 | 4 |
| 5 | SHANNON SMITH, in her official capacity as Civil Chief, U.S. Attorney's Office, Eastern District of Arkansas | United States Attorney's Office, Eastern District of Arkansas, 425 West Capitol Avenue, Suite 500, Little Rock, Arkansas 72201 | Fed. R. Civ. P. 4(i)(2) | 9589071052702604501294 | September 14, 2026 | 5 |
| 6 | JONATHAN D. ROSS, in his official capacity as United States Attorney for the Eastern District | United States Attorney's Office, Eastern District of Arkansas, 425 West Capitol | Fed. R. Civ. P. 4(i)(2) | 9589071052702604501300 | September 14, 2026 | 6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | of Arkansas | Avenue, Suite 500, Little Rock, Arkansas 72201 | | | | |
| 7 | SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development | c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410 | Fed. R. Civ. P. 4(i)(2) | 9589071052702604501317 | September 14, 2026 | 7 |
| 8 | LON D. MELTESEN, in his official capacity as Director, Office of Special Investigations | c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410 | Fed. R. Civ. P. 4(i)(2) | 9589071052702604501423 | September 14, 2026 | 8 |
| 9 | HUGH JAMES McGLINCY, in his official capacity as Investigator, Office of Special Investigations | c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410 | Fed. R. Civ. P. 4(i)(2) | 9589071052702604501409 | September 14, 2026 | 9 |
| 10 | ROBERT A. DOLES, in his official capacity as Acting Deputy Assistant Secretary for Enforcement | c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410 | Fed. R. Civ. P. 4(i)(2) | 9589071052702604501393 | September 14, 2026 | 10 |

# EXHIBIT 1

Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 1

**Service made upon:** The United States, through the United States Attorney for the Eastern District of Arkansas (civil-process clerk), 425 West Capitol Avenue, Suite 500, Little Rock, Arkansas 72201

**Mailing:** Certified Mail, Return Receipt Requested — Article No. 9589 0710 5270 2604 5013 55

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered September 14, 2026

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
USAO - E.D. Ark.
425 West Capitol Ave Ste500
Little Rock AR 72201

9590 9402 9014 4122 6131 73

2. Article Number *(Transfer from service label)*

9589 0710 5270 2604 5013 55

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* TRINA HARDER

C. Date of Delivery 9-16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery
- (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

LITTLE ROCK AR 720
15 SEP 2026 AM 4 L

9590 9402 9014 4122 6131 73

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459

-011212

# EXHIBIT 2

Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 2

**Service made upon:** United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001

**Mailing:** Certified Mail, Return Receipt Requested — Article No. 9589 0710 5270 2604 5013 48

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered September 15, 2026

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept. of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

9590 9402 9014 4122 6131 11

2. Article Number *(Transfer from service label)*

9589 0710 5270 2604 5013 48

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Evie Sassak
☐ Agent
☐ Addressee

B. Received by (Printed Name) SEP 15 2026
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 9014 4122 6131 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459

# EXHIBIT 3

Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 3

**Service made upon:** United States Department of Housing and Urban Development, Assistant General Counsel for Litigation, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested — Article No. 9589 0710 5270 2604 5013 62

**Document:** Printout of United States Postal Service tracking information showing delivery on September 14, 2026

ALERT: IMPACTS FROM A NOR'EASTER IN THE NORTHEAST, TROPICAL WEATHER IN HAWAII, AND FLOODING IN THE SOUTHWEST AND OHIO VALLEY REGIONS OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

Tracking Number:

9589071052702604501362

Copy Add to Informed Delivery

Remove ×

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:42 am on September 14, 2026 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
September 14, 2026 7:42 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 4

Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 4

**Service made upon:** HARMEET K. DHILLON, in her official capacity as Assistant Attorney General, Civil Rights Division, c/o United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001

**Mailing:** Certified Mail, Return Receipt Requested — Article No. 9589 0710 5270 2604 5013 86

**Document:** Printout of United States Postal Service tracking information showing delivery on September 15, 2026

ALERT: IMPACTS FROM A NOR'EASTER IN THE NORTHEAST, TROPICAL WEATHER IN HAWAII, AND FLOODING IN THE SOUTHWEST AND OHIO VALLEY REGIONS OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

9589071052702604501386

Copy Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 4:37 am on September 15, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
September 15, 2026 4:37 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 5

Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 5

**Service made upon:** SHANNON SMITH, in her official capacity as Civil Chief, U.S. Attorney's Office, Eastern District of Arkansas, 425 West Capitol Avenue, Suite 500, Little Rock, Arkansas 72201

**Mailing:** Certified Mail, Return Receipt Requested — Article No. 9589 0710 5270 2604 5012 94

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered September 14, 2026

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shannon Smith
USAO E.D. AR
425 W. Capitol Ave Ste 500
Little Rock AR 72201

9590 9402 9014 4122 6130 67

2. Article Number (Transfer from service label)

89 0710 5270 2604 5012 94

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Trina Harden ☐ Agent ☐ Addressee

B. Received by (Printed Name) TRINA HARDEN

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9-14-26

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

LITTLE ROCK AR 720
15 SEP 2026 AM 4 L

9590 9402 9014 4122 6130 67

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459

# EXHIBIT 6

Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 6

**Service made upon:** JONATHAN D. ROSS, in his official capacity as United States Attorney for the Eastern District of Arkansas, 425 West Capitol Avenue, Suite 500, Little Rock, Arkansas 72201

**Mailing:** Certified Mail, Return Receipt Requested — Article No. 9589 0710 5270 2604 5013 00

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered September 14, 2026

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan D. Ross
USAO ED Ark.
425 West Capitol Ave Ste 500
Little Rock AR 72201

9590 9402 9014 4122 6130 74

2. Article Number *(Transfer from service label)*

9589 0710 5270 2604 5013 00

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* TRINATHROWER

C. Date of Delivery 9-14-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING#

LITTLE ROCK AR 720
15 SEP 2026 AM 4 L

9590 9402 9014 4122 6130 74

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459

-011212

# EXHIBIT 7

Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 7

**Service made upon:** SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development, c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested — Article No. 9589 0710 5270 2604 5013 17

**Document:** Printout of United States Postal Service tracking information showing delivery on September 14, 2026

ALERT: IMPACTS FROM A NOR'EASTER IN THE NORTHEAST, TROPICAL WEATHER IN HAWAII, AND FLOODING IN THE SOUTHWEST AND OHIO VALLEY REGIONS OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

Tracking Number:

9589071052702604501317

Remove ✕

Copy Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:42 am on September 14, 2026 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
September 14, 2026 7:42 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
September 14, 2026 6:27 AM

**Arrived at USPS Facility**
MEMPHIS TN DISTRIBUTION CENTER
September 10, 2026 7:02 PM

**Departed Post Office**
RAVENDEN, AR 72459
September 10, 2026 11:48 AM

**USPS in possession of item**
RAVENDEN, AR 72459
September 9, 2026 1:37 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 8

Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 8

**Service made upon:** LON D. MELTESEN, in his official capacity as Director, Office of Special Investigations, c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested — Article No. 9589 0710 5270 2604 5014 23

**Document:** Printout of United States Postal Service tracking information showing delivery on September 14, 2026

ALERT: IMPACTS FROM A NOR'EASTER IN THE NORTHEAST, TROPICAL WEATHER IN HAWAII, AND FLOODING IN THE SOUTHWEST AND OHIO VALLEY REGIONS OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

Tracking Number:

9589071052702604501423

Remove ✕

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:42 am on September 14, 2026 in WASHINGTON, DC 20410.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
September 14, 2026 7:42 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
September 14, 2026 6:27 AM

**Departed USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 13, 2026 2:42 AM

**Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 12, 2026 4:42 PM

**Arrived at USPS Facility**
MEMPHIS TN DISTRIBUTION CENTER
September 10, 2026 7:02 PM

**Departed Post Office**
RAVENDEN, AR 72459
September 10, 2026 11:48 AM

**USPS in possession of item**
RAVENDEN, AR 72459
September 9, 2026 1:38 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 9

Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 9

**Service made upon:** HUGH JAMES McGLINCY, in his official capacity as Investigator, Office of Special Investigations, c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested — Article No. 9589 0710 5270 2604 5014 09

**Document:** Printout of United States Postal Service tracking information showing delivery on September 14, 2026

ALERT: IMPACTS FROM A NOR'EASTER IN THE NORTHEAST, TROPICAL WEATHER IN HAWAII, AND FLOODING IN THE SOUTHWEST AND OHIO VALLEY REGIONS OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

9589071052702604501409

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:42 am on September 14, 2026 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20410
September 14, 2026 7:42 AM

**See All Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 10

Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 10

**Service made upon:** ROBERT A. DOLES, in his official capacity as Acting Deputy Assistant Secretary for Enforcement, c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested — Article No. 9589 0710 5270 2604 5013 93

**Document:** Printout of United States Postal Service tracking information showing delivery on September 14, 2026

ALERT: IMPACTS FROM A NOR'EASTER IN THE NORTHEAST, TROPICAL WEATHER IN HAWAII, AND FLOODING IN THE SOUTHWEST AND OHIO VALLEY REGIONS OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

Tracking Number:

9589071052702604501393

Remove ✕

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:42 am on September 14, 2026 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
September 14, 2026 7:42 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**