FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 26 2026

TAMMY H. DOWNS, CLERK
By: ______ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

ERIC ORWOLL, et al.
PLAINTIFFS

v. No. 3:26-cv-00239-BSM

UNITED STATES DEPARTMENT OF JUSTICE, et al.
DEFENDANTS

**ENTRY OF APPEARANCE**

The undersigned attorney hereby enters his appearance as counsel of record for Plaintiffs Eric Orwoll, Peter Julius Csere, Scott Thomas Hallowood, Wisdom Woods LLC, Global Homestead Solutions LLC, North Arkansas Excavation LLC, Allegory Acres LLC, and Return to the Land in the above-captioned action, and requests that all pleadings, notices, orders, and other papers filed or served in this action be served upon him at the address set forth below.

Respectfully submitted,

Brandon Wurzinger
Ill. ARDC No. 6314308
Law Office of Brandon Wurzinger
141 4th Street East
Saint Paul, MN, 55101
763-360-4153
bwurzinger@outlook.com

Co-Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on October 26, 2026, the foregoing was filed with the Clerk of the Court, which will send notification of such filing to all counsel of record through the Court's CM/ECF system.

Brandon Wurzinger