**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ERIC ORWOLL, *et al.*** **PLAINTIFFS**

**v.** **CASE NO. 3:26-CV-00239-BSM**

**UNITED STATES DEPARTMENT OF JUSTICE, *et al.*** **DEFENDANTS**

## State Defendants' Motion to Dismiss

The Arkansas Securities Department, Susannah Marshall, in her official capacity as Arkansas Securities Commissioners, Joe Joslin, in his official capacity as Associate General Counsel, and Tim Griffin, in his official capacity as Attorney General of Arkansas ("State Defendants"), move to dismiss Plaintiffs' claims against them and state the following:

1. The claims against State Defendants should be dismissed based on the Eleventh Amendment and constitutional principles of sovereign immunity.

2. The claims against State Defendants should be dismissed for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

3. A brief in support of this motion is being filed contemporaneously with this motion pursuant to Local Rule 7.2(a).

## Conclusion

The claims against State Defendants should be dismissed on sovereign immunity grounds and for failure to state a claim.

Respectfully submitted,

By: Ryan Hale
Ark. Bar No. 2024310
Senior Assistant Attorney General

Jordan Broyles
Ark. Bar No. 2015156
Senior Assistant Attorney General

Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, AR 72201
(501) 295-7419
(501) 682-2591 fax
ryan.hale@arkansasag.gov
jordan.broyles@arkansasag.gov

*Counsel for Defendants Arkansas Securities Department, Commissioner Susannah Marshall, Joe Joslin, and Attorney General Tim Griffin*