**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

No. 3:26-cv-00239-BSM

ERIC ORWOLL; PETER JULIUS CSERE; et al.,
*Plaintiffs,*

*v.*

UNITED STATES DEPARTMENT OF JUSTICE; HARMEET K. DHILLON; et al.,
*Defendants.*

**SUPPLEMENTAL DECLARATION OF PETER JULIUS CSERE IN SUPPORT OF PROOF OF SERVICE**

1. I am a plaintiff in this action. I am at least eighteen years of age and competent to testify, and the facts stated in this declaration are within my personal knowledge.
2. On or about September 10, 2026, I caused to be mailed to each of the persons and offices identified in the schedule below, by United States Postal Service Certified Mail, Return Receipt Requested, a copy of the summons issued for that defendant and a copy of the Complaint filed in this action on August 21, 2026 (ECF No. 1). Each mailing was addressed to the recipient and at the address set out in the schedule and was made in the manner prescribed by Federal Rule of Civil Procedure 4(i). The mailing identified as item 5 of the schedule is the mailing to the Attorney General of the United States by which service on the United States is effected under Federal Rule of Civil Procedure 4(i)(1)(B); the United States is not named as a defendant in this action. The mailings identified as items 1 through 4, 6 and 7 are mailings to officers of the United States sued in their official capacities, made under Federal Rule of Civil Procedure 4(i)(2).
3. The Certified Mail article number for each mailing is set out in the schedule. For each mailing identified in the schedule, the signed Domestic Return Receipt (PS Form 3811) returned to

me through the Postal Service is attached as the exhibit identified in the schedule. Each exhibit is a true and correct copy of the receipt as I received it.

4. The receipts for items 1 through 4 do not bear an entry in the “Date of Delivery” box. Each of those four receipts does bear a United States Postal Service postmark dated September 24, 2026, applied when the receipt was returned to me through the mail. For items 1 through 3, the Postal Service's tracking record for the article number records delivery to the Department of Housing and Urban Development mail room in Washington, D.C., on September 14, 2026, and that is the date stated in the schedule. For item 4 no tracking record is available, and the schedule states delivery on or before September 24, 2026, the date of that receipt's postmark.

5. This declaration addresses only the mailings identified in the schedule. Proof of service for the other mailings made on or around September 10, 2026 has been or will be filed separately. To the extent proof of service for any mailing identified in the schedule has already been filed, this declaration is amended proof of service under Federal Rule of Civil Procedure 4(l)(3).

6. I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 29, 2026.



PETER JULIUS CSERE
Plaintiff
460 Browns Creek Rd.
Ravenden, Arkansas 72459

## SCHEDULE OF CERTIFIED MAIL MAILINGS

| No. | Service made upon | Recipient and address | Article number | Date of delivery | Exhibit |
|---|---|---|---|---|---|
| 1 | LON D. MELTESEN, Director, Office of Special Investigations, in his official capacity | c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410 | 9589071052702604501423 | September 14, 2026 | 1 |
| 2 | HUGH JAMES McGLINCY, Investigator, Office of Special Investigations, in his official capacity | c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410 | 9589071052702604501409 | September 14, 2026 | 2 |
| 3 | ROBERT A. DOLES, Acting Deputy Assistant Secretary for Enforcement, in his official capacity | c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410 | 9589071052702604501393 | September 14, 2026 | 3 |
| 4 | CRAIG TRAINOR, Assistant Secretary for Fair Housing and Equal Opportunity, in his official capacity | c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410 | 9589071052702604501416 | on or before September 24, 2026 | 4 |
| 5 | The United States, through the Attorney General of the United States | United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001 | 9589071052702604501331 | September 25, 2026 | 5 |
| 6 | CARRIE PAGNUCCO, Chief, Housing and Civil Enforcement Section, in her official capacity | c/o United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001 | 9589071052702604501379 | September 22, 2026 | 6 |
| 7 | KATIE LEGOMSKY, Trial Attorney, in her official capacity | c/o United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001 | 9589071052702604501287 | September 22, 2026 | 7 |

# EXHIBIT 1

Supplemental Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 1

**Service made upon:** LON D. MELTESEN, Director, Office of Special Investigations, in his official capacity, c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested

**Article No.** 9589 0710 5270 2604 5014 23

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered September 14, 2026

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lon D. Meltesen
Office of Spcl. Investigators
HUD
451 7th St SW
Washington DC 20410

9590 9402 9014 4122 6130 43

2. Article Number *(Transfer from service label)*

9589 0710 5270 2604 5014 23

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* [handwritten] Davis

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...ured Mail
- ☐ ...ured Mail Restricted Delivery (...er $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

CAPITAL DISTRICT 208
24 SEP 2026 PM 3 L

9590 9402 9014 4122 6130 43

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459

72459-011212

# EXHIBIT 2

Supplemental Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 2

**Service made upon:** HUGH JAMES McGLINCY, Investigator, Office of Special Investigations, in his official capacity, c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested

**Article No.** 9589 0710 5270 2604 5014 09

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered September 14, 2026

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hugh James McGlincy
Office of Spcl. Investig.
451 7th St. SW
Washington DC 20410

9590 9402 9014 4122 6130 29

2. Article Number *(Transfer from service label)*

9589 0710 5270 2604 5014 09

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* [handwritten name]

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
il Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

CAPITAL DISTRICT 208
24 SEP 2026 PM 3 L

9590 9402 9014 4122 6130 29

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459

# EXHIBIT 3

Supplemental Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 3

**Service made upon:** ROBERT A. DOLES, Acting Deputy Assistant Secretary for Enforcement, in his official capacity, c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested

**Article No.** 9589 0710 5270 2604 5013 93

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered September 14, 2026

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert A. Doles
FHEO / HUD
451 7th St SW
Washington DC 20410

9590 9402 9014 4122 6130 12

2. Article Number (*Transfer from service label*)

9589 0710 5270 2604 5013 93

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery
- 0)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

CAPITAL DISTRICT 208
24 SEP 2026 PM 3 L

9590 9402 9014 4122 6130 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459

# EXHIBIT 4

Supplemental Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 4

**Service made upon:** CRAIG TRAINOR, Assistant Secretary for Fair Housing and Equal Opportunity, in his official capacity, c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested

**Article No.** 9589 0710 5270 2604 5014 16

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered on or before September 24, 2026

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Craig Trainor
FHEO / HUD
451 7th St SW
Washington, DC 20410

9590 9402 9014 4122 6130 36

2. Article Number (*Transfer from service label*)
9589 0710 5270 2604 5014 16

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (*Printed Name*) [handwritten name]
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #
CAPITAL DISTRICT 208
24 SEP 2025 PM 3 L

9590 9402 9014 4122 6130 36

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459

# EXHIBIT 5

Supplemental Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 5

**Service made upon:** The United States, through the Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001

**Mailing:** Certified Mail, Return Receipt Requested

**Article No.** 9589 0710 5270 2604 5013 31

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered September 25, 2026

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of U.S.
U.S. DOJ
950 Pennsylvania Ave NW
Washington DC 20530-0001

9590 9402 9014 4122 6131 66

2. Article Number *(Transfer from service label)*

9589 0710 5270 2604 5013 31

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Evie Sassok ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

SEP 25 2026

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery
- (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 9014 4122 6131 66

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459

# EXHIBIT 6

Supplemental Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 6

**Service made upon:** CARRIE PAGNUCCO, Chief, Housing and Civil Enforcement Section, in her official capacity, c/o United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001

**Mailing:** Certified Mail, Return Receipt Requested

**Article No.** 9589 0710 5270 2604 5013 79

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered September 22, 2026

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carrie Pagnucco
Housing + Civil Enforcement
U.S. DOJ.
950 Pennsylvania Ave NW
Washington DC 20530-0001

9590 9402 9014 4122 6130 98

2. Article Number *(Transfer from service label)*

9589 0710 5270 2604 5013 79

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Evie Sassak
☐ Agent
☐ Addressee

B. Received by (Printed Name) SEP 22 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 9014 4122 6130 98

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459

# EXHIBIT 7

Supplemental Declaration of Peter Julius Csere in Support of Proof of Service — Schedule item 7

**Service made upon:** KATIE LEGOMSKY, Trial Attorney, in her official capacity, c/o United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001

**Mailing:** Certified Mail, Return Receipt Requested

**Article No.** 9589 0710 5270 2604 5012 87

**Document:** Signed Domestic Return Receipt (PS Form 3811) — delivered September 22, 2026

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Katie Legomsky
DOJ
950 Pennsylvania Ave. NW
Washington DC 20530-0001

9590 9402 9014 4122 6130 81

2. Article Number (Transfer from service label)

89 0710 5270 2604 5012 87

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature X Evie dass
☐ Agent
☐ Addressee

B. Received by (Printed Name) SEP 22 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 9014 4122 6130 81

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Peter J. Csere
PO Box 112
Ravenden, AR 72459