**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

No. 3:26-cv-00239-BSM

ERIC ORWOLL; PETER JULIUS CSERE; et al.,
*Plaintiffs,*

*v.*

UNITED STATES DEPARTMENT OF JUSTICE; HARMEET K. DHILLON; et al.,
*Defendants.*

# SUPPLEMENTAL DECLARATION OF PETER JULIUS CSERE IN SUPPORT OF PROOF OF SERVICE — MAILINGS PROVED BY POSTAL TRACKING RECORDS

1. I am a plaintiff in this action. I am at least eighteen years of age and competent to testify, and the facts stated in this declaration are within my personal knowledge.
2. On or about September 10, 2026, I caused to be mailed to each of the persons and offices identified in the schedule below, by United States Postal Service Certified Mail, Return Receipt Requested, a copy of the summons issued for that defendant and a copy of the Complaint filed in this action on August 21, 2026 (ECF No. 1). Each mailing was addressed to the recipient and at the address set out in the schedule and was made in the manner prescribed by Federal Rule of Civil Procedure 4(i). The mailing identified as item 1 of the schedule is the copy of process mailed to the United States Department of Housing and Urban Development under Federal Rule of Civil Procedure 4(i)(2).
3. The Certified Mail article number for each mailing is set out in the schedule. As of the date of this declaration, the signed Domestic Return Receipt (PS Form 3811) for each of those article numbers has not been returned to me.
4. For each mailing identified in the schedule, a printout of the United States Postal Service tracking information for the article number, obtained from the Postal Service's website, is

attached as the exhibit identified in the schedule. Each printout shows the status "Delivered," together with the date, time and place of delivery set out in the schedule, and each is a true and correct copy of the tracking information displayed by the United States Postal Service as of the date of this declaration.

5. If a signed Domestic Return Receipt for any mailing identified in the schedule is later returned to me, I will file it as amended proof of service under Federal Rule of Civil Procedure 4(l)(3).
6. This declaration addresses only the mailings identified in the schedule. Proof of service for the other mailings made on September 10, 2026 has been or will be filed separately.
7. I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 29, 2026.

PETER JULIUS CSERE
Plaintiff
460 Browns Creek Rd.
Ravenden, Arkansas 72459

# SCHEDULE OF CERTIFIED MAIL MAILINGS PROVED BY POSTAL TRACKING RECORDS

| No. | Service made upon | Recipient and address | Article number | Delivery shown by tracking record | Exhibit |
|---|---|---|---|---|---|
| 1 | United States Department of Housing and Urban Development, through its Assistant General Counsel for Litigation | 451 Seventh Street SW, Washington, D.C. 20410 | 9589071052702604501362 | September 14, 2026, 7:42 a.m. — "Delivered, Front Desk/Reception/Mail Room," Washington, D.C. 20410 | 1 |
| 2 | SCOTT TURNER, Secretary of Housing and Urban Development, in his official capacity | c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410 | 9589071052702604501317 | September 14, 2026, 7:42 a.m. — "Delivered, Front Desk/Reception/Mail Room," Washington, D.C. 20410 | 2 |
| 3 | HARMEET K. DHILLON, Assistant Attorney General, Civil Rights Division, in her official capacity | c/o United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001 | 9589071052702604501386 | September 15, 2026, 4:37 a.m. — "Delivered, Individual Picked Up at Post Office," Washington, D.C. 20530 | 3 |

# EXHIBIT 1

Supplemental Declaration of Peter Julius Csere in Support of Proof of Service — Mailings Proved by Postal Tracking Records — Schedule item 1

**Service made upon:** United States Department of Housing and Urban Development, through its Assistant General Counsel for Litigation, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested

**Article No.** 9589 0710 5270 2604 5013 62

**Document:** United States Postal Service tracking record — "Delivered, Front Desk/Reception/Mail Room," September 14, 2026, 7:42 a.m., Washington, D.C. 20410

ALERT: IMPACTS FROM COASTAL FLOODING IN THE SOUTHEAST AND WEST COAST REGIONS OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

**9589071052702604501362**

Copy Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:42 am on September 14, 2026 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
September 14, 2026 7:42 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
September 14, 2026 6:27 AM

**Departed USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 13, 2026 2:42 AM

**Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 12, 2026 4:42 PM

**Arrived at USPS Facility**
MEMPHIS TN DISTRIBUTION CENTER
September 10, 2026 7:02 PM

**Departed Post Office**
RAVENDEN, AR 72459
September 10, 2026 11:48 AM

**USPS in possession of item**
RAVENDEN, AR 72459
September 9, 2026 1:35 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 2

Supplemental Declaration of Peter Julius Csere in Support of Proof of Service — Mailings Proved by Postal Tracking Records — Schedule item 2

**Service made upon:** SCOTT TURNER, Secretary of Housing and Urban Development, in his official capacity, c/o United States Department of Housing and Urban Development, 451 Seventh Street SW, Washington, D.C. 20410

**Mailing:** Certified Mail, Return Receipt Requested

**Article No.** 9589 0710 5270 2604 5013 17

**Document:** United States Postal Service tracking record — "Delivered, Front Desk/Reception/Mail Room," September 14, 2026, 7:42 a.m., Washington, D.C. 20410

ALERT: IMPACTS FROM COASTAL FLOODING IN THE SOUTHEAST AND WEST COAST REGIONS OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

**9589071052702604501317**

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:42 am on September 14, 2026 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
September 14, 2026 7:42 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
September 14, 2026 6:27 AM

**Arrived at USPS Facility**
MEMPHIS TN DISTRIBUTION CENTER
September 10, 2026 7:02 PM

**Departed Post Office**
RAVENDEN, AR 72459
September 10, 2026 11:48 AM

**USPS in possession of item**
RAVENDEN, AR 72459
September 9, 2026 1:37 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 3

Supplemental Declaration of Peter Julius Csere in Support of Proof of Service — Mailings Proved by Postal Tracking Records — Schedule item 3

**Service made upon:** HARMEET K. DHILLON, Assistant Attorney General, Civil Rights Division, in her official capacity, c/o United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001

**Mailing:** Certified Mail, Return Receipt Requested

**Article No.** 9589 0710 5270 2604 5013 86

**Document:** United States Postal Service tracking record — "Delivered, Individual Picked Up at Post Office," September 15, 2026, 4:37 a.m., Washington, D.C. 20530

ALERT: IMPACTS FROM COASTAL FLOODING IN THE SOUTHEAST AND WEST COAST REGIONS OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

**9589071052702604501386**

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:37 am on September 15, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
September 15, 2026 4:37 AM

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
September 14, 2026 12:03 PM

**Arrived at Post Office**
WASHINGTON, DC 20018
September 14, 2026 10:42 AM

**Arrived at USPS Facility**
MEMPHIS TN DISTRIBUTION CENTER
September 10, 2026 7:02 PM

**Departed Post Office**
RAVENDEN, AR 72459
September 10, 2026 11:48 AM

**USPS in possession of item**
RAVENDEN, AR 72459
September 9, 2026 1:36 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs