# EXHIBIT A

**U.S. Department of Housing and Urban Development**
Fair Housing and Equal Opportunity
Office of Special Investigations
451 7th Street, SW, Room 5234
Washington, DC 20410

February 12, 2026

By Certified U.S. Mail

Mr. Eric Orwoll
Wisdom Woods LLC
480-520 Browns Creek Rd
Ravenden, AR 72459

**RE: Secretary-Initiated Investigation of Return to the Land**

Dear Mr. Orwoll:

Pursuant to the Fair Housing Act,[1] the U.S. Department of Housing and Urban Development is initiating an investigation into your organization, Return to the Land (RTTL). President Trump has affirmed that "the policy of the United States to protect the civil rights of all Americans."[2] That mandate includes ensuring nationwide compliance with the Fair Housing Act. It has come to our attention that, under the guise of a "private membership association," RTTL appears to be advertising and facilitating discriminatory housing transactions in violation of the Fair Housing Act.

The Fair Housing Act provides, in pertinent part, that it is illegal to "make unavailable" a dwelling or "to discriminate against any person in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities *in connection therewith*, because of race."[3] It is also unlawful to "cause to be made, printed, or published any notice, statement, or advertisement, with respect to the sale or rental of a dwelling that indicates any preference, limitation, or discrimination based on race."[4] Similarly, every entity engaged in "residential real estate-related transactions" is prohibited from discriminating against "any person" in the availability or "terms or conditions of such a transaction because of race."[5]

Founded in 2023, Return to the Land exists "to facilitate individuals and groups that share common ancestry to purchase land in rural areas" with the mission of creating "ancestral communities."[6] The group uses "media activities to promote" this goal.[7] Though now deleted, RTTL's website previously advertised "Arkansas Ozarks Community I" where "lots are tied to membership interest in [its] LLC."[8] The public was invited to "purchase a share of membership interest in the LLC to become

---

[1] *See* 42 U.S.C. § 3610(a)(1)(A)(iii).
[2] Exec. Order No. 14173, 90 C.F.R. 8633 (Jan. 21, 2025).
[3] 42 U.S.C. § 3604(a), (b).
[4] 42 U.S.C. § 3604(c).
[5] 42 U.S.C. § 3605(a).
[6] Return to the Land, About, https://returntotheland.org/about.
[7] *Id.*
[8] Return to the Land, *Locations*, https://web.archive.org/web/20250307000213/https://returntotheland.org/locations.

a landowner/homesteader via the LLC" after becoming a member in your private membership association.[9] The now-altered website even included a hyperlink titled "Purchase a Lot,"[10] which directed the public to a portal to apply for membership in your organization. This "association" conditions membership on "common continental ancestry"—white, European heritage.[11]

Although your website now has a "legal disclaimer" that "RTTL does not engage in the sale or rental of real estate," your LLC admittedly does.[12] And to invest in that LLC and acquire an interest in the underlying residential real estate, individuals are screened based on race through the "private membership association."[13] The exemption for private membership clubs is narrow, does not exempt real estate-related transactions generally, and only applies to a private club that "as an incident to its primary purpose or purposes provides lodgings which it owns or operates for other than a commercial purpose."[14] As its name would suggest, one of RTTL's primary purposes is establishing residential communities to be sold, possibly fraudulently,[15] to individuals of a certain ancestry. RTTL does not offer transient lodging to members gathered for some other purpose, as required by the private club exemption. In short, your organization appears to be intentionally refusing to negotiate the sale of housing, facilitating real estate-related transactions, and advertising housing based on race and national origin—all in violation of the Fair Housing Act.

Upon completion of its investigation, FHEO may file a complaint against Return to the Land for discrimination based on race or national origin under the applicable statutes. If FHEO finds reasonable cause to believe you have or intend to violate the Fair Housing Act, we can file charges of discrimination or refer the matter to the U.S. Department of Justice for enforcement.

Additionally, this letter serves as a formal demand to preserve all existing and future records and materials related to RTTL's housing developments and real estate-related transactions. You should construe this preservation notice as an instruction to take all reasonable steps to prevent the destruction or alteration, whether intentionally or negligently, of all documents, communications, and other information, including electronic information and metadata, that are or may be responsive to the Department's investigation. This instruction includes all electronic messages sent using official and personal accounts or devices, including records created using text messages, phone-based message applications, or encryption

---

[9] *Id.*
[10] Return to the Land, *Locations*, https://web.archive.org/web/20250307000213/https://returntotheland.org/locations.
[11] Return to the Land, *About*, https://returntotheland.org/about (last accessed Feb. 11, 2026).
[12] *Id.*
[13] *Id.*
[14] 42 U.S.C. § 3607(a); *United States v. Columbus Country Club*, 915 F.2d 877, 884 (3d Cir. 1990).
[15] Jacqueline Froelich, *White nationalist leader in Arkansas accused of land swindle, attempted murder*, https://arktimes.com/arkansas-blog/2026/02/06/white-nationalist-leader-in-arkansas-accused-of-land-swindle-attempted-murder.

software.

Within ten (10) business days of this letter's date, FHEO will issue initial requests for information from Return to the Land. Please reach out to me directly at Robert.A.Doles@hud.gov with any questions.

Sincerely,

Robert Doles

Robert A. Doles
Acting Deputy Assistant Secretary for Enforcement
Director, Office of Special Investigations
Office of Fair Housing and Equal Opportunity

cc: Global Homestead Solutions LLC