# EXHIBIT B

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC 20410-2000

OFFICE OF FAIR HOUSING
AND EQUAL OPPORTUNITY

February 20, 2026

# REQUEST FOR INFORMATION

## INSTRUCTIONS

(1) *Documents*. All references to "documents" include electronically stored information ("ESI"), as well as paper or hard copy documents.

(2) *Identify* (With Respect to Documents or ESI). When referring to documents or ESI, to "identify" means to provide, to the extent known, information about the (i) type of document (ii) its general subject matter; (iii) the date of the document; and (iv) author(s), addressee(s) and recipient(s).

(3) *Concerning.* The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

(4) *All/Each.* The terms "all" and "each" shall both be construed as all and each.

(5) *And/Or.* The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

(6) *Identify* (With Respect to Persons). When referring to a person, to "identify" means to provide, to the extent known, the person's full name, present employment, and the year they began their current position. Once a person has been identified in accordance with this subparagraph, only the name of that person needs to be listed in response to subsequent discovery requesting the identification of that person.

(7) *Communications*: The term "communications" refers to the transmittal of information, such as by mail, e-mail (including calendar invites and *Teams* messages), or facsimile transmissions. For purposes of this RFI, "communication" does not include text messages.

Eric Orwoll, Wisdom Woods LLC ("Wisdom") Global Homestead Solutions LLC ("Global"), North Arkansas Excavation LLC ("North Arkansas"), Allegory Acres LLC ("Allegory") , Return to the Land, RTTL Land Assertion LLC and all related entities (collectively "RTTL") shall each be answerable for providing documents responsive to this Request for Information and Documents.

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC 20410-2000

OFFICE OF FAIR HOUSING
AND EQUAL OPPORTUNITY

For each request, please identify – by name and title – a staff person(s) or individual(s) who can best discuss and provide any necessary clarification of the responses given. For each request, identify the Bates range of the responsive documents.

This request for information is not exhaustive and, as the investigation proceeds, additional information may be required.

Unless specifically stated, each request seeks information from September 20, 2023, through January 30, 2026.

REQUEST

Please produce documents and ESI responsive to this Request for Information and Documents as set forth below **within 15 calendar days** of the date of this request. Please submit responsive information electronically to Hugh.J.McGlincy@hud.gov.

**Request No. 1:** State the correct legal name, date of incorporation, and principal place of business for Wisdom Global, North Arkansas, Allegory and RTTL. Explain Wisdom's, Global, North Arkansas, Allegory and RTTL's corporate structure and provide the correct legal name, the type of business organization, date and state of incorporation, and principal place of business for all parent organizations, holding companies, subsidiaries, unincorporated divisions, joint ventures, and affiliates.

**Request No. 2:** Identify each employee (name, job title and description of duties), of the entities listed above in request No. 1. In addition to the above identify the job title and description of duties for the following individuals: Peter Csere, Scott Thomas Hallowood, Eric Orwoll, Alan Mock and Gavin Baker.

**Request No. 3:** Identify counsel for Wisdom and RTTL.

**Request No. 4:** Provide copies of the Operating Agreements for all the entities listed in request No. 1.

**Request No. 5:** Provide a list of all properties owned by all the entities listed in request No. 1.

**Request No. 6:** Provide copies of all property deeds held by the entities listed in request No. 1.

**Request No. 7:** Provide all contracts for the purchase of properties by the entities listed in request No. 1. Identify the seller of each property.

**Request No. 8:** Provide all contracts for the sale of properties by the entities listed in request No. 1. Identify the buyer of each property.

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-2000

OFFICE OF FAIR HOUSING
AND EQUAL OPPORTUNITY

**Request No. 9:** Provide all documents and communications concerning the sale of membership shares by Wisdom or any of the entities listed in request No. 1 and identify each shareholder.

**Request No. 10:** Provide all documents and communications concerning the marketing of RTTL, membership shares, and properties including but not limited to social media advertisements on platforms such as X (formerly Twitter), YouTube, and Telegram as well as any printed marketing material.

**Request No. 11:** Provide a copy of the Return to the Land Articles of Association ("Articles"). Provide both a copy of the publicly available Articles and a copy of non-public Articles. In addition, identify the persons holding the following position on the Return to the Land Board of Trustees ("Board") President, Vice President, Secretary, Treasurer and Member at Large as of the date of this request and the date they assumed the position on the Board.

**Request No. 12:** Provide copies of the application for membership in RTTL.

**Request No.13:** Provide all documents relating to the eligibility for membership in RTTL or any of the entities listed in request No. 1.