**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ERIC ORWOLL; PETER JULIUS CSERE; SCOTT THOMAS HALLOWOOD; WISDOM WOODS LLC, an Arkansas limited liability company; GLOBAL HOMESTEAD SOLUTIONS LLC, an Arkansas limited liability company; NORTH ARKANSAS EXCAVATION LLC, an Arkansas Limited liability company; ALLEGORY ACRES LLC, an Arkansas limited liability company; and RETURN TO THE LAND, an unincorporated private membership association** **PLAINTIFFS**

**v.** **3:26CV00239 BSM**

**UNITED STATES DEPARTMENT OF JUSTICE; HARMEET K. DHILLON[1], in her official capacity as Assistant Attorney General, Civil Rights Division; CARRIE PAGNUCCO, in her official capacity as Chief, Housing and Civil Enforcement Section; KATIE LEGOMSKY, in her official capacity as Trial Attorney; SHANNON SMITH, in her official capacity as Civil Chief, U.S. Attorney's Office, Eastern District of Arkansas; JONATHAN D. ROSS, in his official capacity as United States Attorney for the Eastern District of Arkansas; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; CRAIG TRAINOR, in his official capacity as Assistant Secretary for Fair Housing and Equal Opportunity; LON D. MELTESEN, in his official capacity as Director, Office of Special Investigations; HUGH JAMES McGLINCY, in his official capacity as Investigator, Office of Special Investigations; ROBERT A. DOLES, in his official capacity as Acting Deputy Assistant Secretary for Enforcement; ARKANSAS SECURITIES DEPARTMENT; SUSANNAH MARSHALL, in her official capacity as Arkansas Securities Commissioner; JOE JOSLIN, in his official capacity as Associate General Counsel; DAVID CAMERON, in his official capacity as City Manager, Springfield, Missouri; TIM GRIFFIN, in his official capacity as Attorney General of Arkansas** **DEFENDANTS**

---

[1] Harmeet K. Dhillon has resigned from her position as Assistant Attorney General. The Acting Assistant Attorney General is Craig Trainor.

## DOJ DEFENDANTS' MOTION TO DISMISS

Defendants United States Department of Justice ("DOJ"), Harmeet K. Dhillon, Carrie Pagnucco, Katie Legomsky, Shannon Smith, and Jonathan D. Ross, in their official capacities (collectively, "DOJ Defendants"), state as follows for their motion to dismiss plaintiffs' complaint:

1. Plaintiffs filed their complaint in this action on August 21, 2026. *See* Complaint, Doc. No. 1. In their complaint, plaintiffs assert claims against the DOJ Defendants and other federal and local agencies and officials, alleging that an ongoing DOJ investigation violates their rights under the Constitution and the Administrative Procedure Act ("APA").

2. Plaintiffs' claims arising under 42 U.S.C. §§ 1983 and 1985(3), the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, and the abuse of process claim must be dismissed for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure.

3. Plaintiffs' claim that the DOJ Defendants unreasonably delayed an agency action in violation of Section 706(1) of the APA fails to state a claim for which relief can be granted and must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

4. Even if the Court determines that Plaintiffs may proceed on their constitutional claims prior to a final agency action under the APA, those should be dismissed for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

5. Additionally, the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02, does not provide an independent basis for federal jurisdiction, so any claims under the Declaratory Judgment Act must be dismissed.

WHEREFORE, defendants United States Department of Justice ("DOJ"), Harmeet K. Dhillon, Carrie Pagnucco, Katie Legomsky, Shannon Smith, and Jonathan D. Ross, in their official

capacities, respectfully request that the Court dismiss plaintiffs' complaint, and for all other just and proper relief.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

Jamie Goss Dempsey

Jamie Goss Dempsey
Ark. Bar No. 2007239
Assistant U. S. Attorney
425 W. Capitol Ave., Suite 500
Little Rock, Arkansas 72203
Tel. (501) 340-2600
jamie.dempsey@usdoj.gov