**Katelyn Cameron**

| | |
|---|---|
| **From:** | Dempsey, Jamie (USAARE) <Jamie.Dempsey@usdoj.gov> |
| **Sent:** | Monday, November 16, 2026 11:15 AM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | Orwoll, et al., v. DOJ, et al., No. 3:26cv239: DOJ Motion to Dismiss |
| **Attachments:** | Orwoll MTD.DOJ Defendants.pdf |

**CAUTION - EXTERNAL:**

Attached please find the motion to dismiss on behalf of the DOJ defendants.

Thanks,

Jamie

Jamie Goss Dempsey
Assistant U.S. Attorney
Eastern District of Arkansas
425 West Capitol Ave., Suite 500
Little Rock, AR 72201
Direct: (501) 340-2604
Cell: (501) 850-1623
jamie.dempsey@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.